Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 2229 | **DATE** | 2/24/2000 |
| **CASE TITLE** | Nilssen vs. MagneTek | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] On the reverse of this order, Court sets the a schedule with respect to motions to reconsider the issue of claim construction and motions based on the issues of non-infringement and invalidity. Status hearing set to 4/24/00 at 9:30 a.m.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | FEB 28 2000 | |
| ✓ | Docketing to mail notices. | | date docketed | 44 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| OR6 | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

(Reserved for use by the Court)

# ORDER

The Court sets the following schedule with respect to motions to reconsider the issue of claim construction and motions based on the issues of non-infringement and invalidity:

Any motions for reconsideration of the Court's claim construction will be due no later than 14 days after Judge Shadur rules on Nilssen's pending reconsideration motion in Case No. 93 C 6333. Responses will be due 14 days from the filing of any motions for reconsideration, and replies will be due 7 days from the filing of any responses.

Any motions for summary judgment with regard to the issues of non-infringement and anticipation will be due 21 days after the date of this Court's ruling on any motions for reconsideration concerning claim construction. If no motions for reconsideration are filed, any such summary judgment motions will be due 21 days after Judge Shadur's ruling on Nilssen's motion for reconsideration in Case No. 93 C 6333.

Based on the colloquy before this Court at the last status hearing, the Court understands that MangeTek will be filing similar summary judgment motions in Case No. 93 C 6333, and if both cases continue in some respect following adjudcation of those motions, other issues concerning validity of Nilssen's patents will be raised in both cases. The prospect of inconsistent judgments concerning the validity of these patents in two cases pending in the same court at the same time is one that no one should relish. For this reason, the Court urges the parties to consider seeking consolidation of this case with Case No. 93 C 6333. Both cases involve the same plaintiff; the same counsel are on both sides of both cases; and most importantly, the cases involve the same property (certain patents held by Nilssen which are common to both cases) and some of the same issues of fact and law (as to the validity of those patents). *See* Local Rule 40.4(a)(1 & 2).

Status hearing set to 4/24/00 at 9:30 a.m.