# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 2229 | **DATE** | 4/7/2000 |
| **CASE TITLE** | Ole Nilssen vs. Magnetek, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. This Court is now modifying two of Judge Kennelly's Markman determinations in this action to conform to those in the Motorola action: 1. "Inductor means" in claim 37 in U.S. Patent No. 5,432,409 is construed as "providing substantially constant current due to the internal impedance in the inductor's windings." 2. "Circuit means" in claim 17 of U.S. Patent No. 5,047.690 is construed to be in means-plus-function form.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | **Document Number** |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | APR 10 2000 | |
| | Notified counsel by telephone. | | date docketed | 54 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 4/7/2000 | |
| SN | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | SN | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OLE K. NILSSEN,                    )
                                   )
                  Plaintiff,       )
                                   )
                                   )     No.  98 C 2229
        v.                         )
                                   )
MAGNETEK, INC.,                    )
                                   )
                  Defendant.       )

## MEMORANDUM OPINION AND ORDER

On March 14, 2000 this patent infringement action was
reassigned from the calendar of this Court's colleague Honorable
Matthew Kennelly to this Court's calendar in accordance with this
District Court's Internal Operating Procedure 13.  Before that
reassignment Judge Kennelly had taken the first step in the two-
step analysis required to determine whether a patent claim has
been infringed:  construing the claims to determine their scope
and meaning.  That decision (see 1999 WL 982966 (N.D. Ill.
Oct. 22)) involved some of the same claim elements that were
later construed by this Court in Nilssen v. Motorola, Inc., 80
F.Supp.2d 921 (N.D. Ill. 2000).

Because Judge Kennelly and this Court had differed as to the

construction of two of those overlapping claim elements[1] and

because it would have been anomalous for this Court to speak with

different voices on the same issues,[2] this Court is now modifying

two of Judge Kennelly's <u>Markman</u> determinations in this action to

conform to those in the <u>Motorola</u> action:[3]

1. "Inductor means" in claim 37[4] in United States

Patent No. 5,432,409 is construed as "providing

substantially constant current due to the internal impedance

in the inductor's windings."

2. "Circuit means" in claim 17 of U.S. Patent No.

5,047,690 is construed to be in means-plus-function form.

---

[1] This Court has just ruled on Nilssen's motion for
reconsideration in the <u>Motorola</u> case. That ruling has neither
eliminated either of the two original inconsistencies nor created
any new ones.

[2] <u>Markman v. Westview Instruments, Inc.</u>, 517 U.S. 370, 390
(1996), <u>aff'g</u> 52 F.3d 967 (Fed. Cir. 1995)(en banc), stresses
"the importance of uniformity in the treatment of a given
patent."

[3] No disrespect to Judge Kennelly's determinations is of
course intended here. There is always room for good faith
judicial disagreements in these complex areas of patent
construction.

[4] That same term was involved as part of claim 36 in Judge
Kennelly's opinion and is also present in claims 9 and 16.

All of Judge Kennelly's other constructions of the claim elements
in this action stand.

                            _____
                            Milton I. Shadur
                            Senior United States District Judge

Date:  April 7, 2000